IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT RICKLES,

        Plaintiff,

v.

SCOTT TAYLOR, Asst. Director
Department of Corrections (DOC);
JOSEPH RICHTER, (former) Health
Health Services Administrator,
DOC; STEVE SHELTON, Medical Director
DOC; HEATHER VILLANUEVA, Health
Services Manager, Two Rivers
Correctional Institution (TRCI);
BRIDGETT WHELAN, Nurse Manager, TRCI;
GREG LYTLE, M.D., Physician, TRCI;
DR. PUTNAM, Dentist, TRCI;
MS. FUERSTENBERG, Dental Asst., TRCI;
LARRY HERRING,

        Defendants.

CV 03-908-JE

ORDER

**ROBERT RICKLES**
Oregon State Penitentiary
SID# 3300373
2605 State Street
Salem, OR 97310

    Plaintiff, *Pro Se*

1 - ORDER

**HARDY MYERS**
Attorney General
**KATHRYN A. COTTRELL**
Assistant Attorney General
Department of Justice
1162 Court Street, NE
Salem, OR 97301
(503) 378-6313

    Attorneys for Defendants

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#45) on August 22, 2005, in which he recommended this Court deny Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies (#30) and grant Plaintiff's request to dismiss his hepatitis C claim without prejudice. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

The parties did not file any objections to the Magistrate Judge's Findings and Recommendation. This Court, therefore, is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). The Court has reviewed the legal principles *de novo* and does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and

Recommendation (#45). Accordingly, the Court **DENIES** Defendant's Motion to Dismiss for Failure to Exhaust Administrative Remedies (#30) and **GRANTS** Plaintiff's request to dismiss his hepatitis C claim without prejudice.

IT IS SO ORDERED.

DATED this 20th day of October, 2005

_____
ANNA J. BROWN
United States District Judge

Rickles CV 03-908 F&R.10-19.05.wpd