IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT RICKLES,                                   03-CV-908-JE

        Plaintiff,                          ORDER

v.

SCOTT TAYLOR, et al.,

        Defendants.


**ROBERT RICKLES**
Oregon State Penitentiary
SID # 3300373
2605 State Street
Salem, OR  97310

        Plaintiff, *Pro Se*

**KATHRYN COTTRELL**
State of Oregon
Department of Justice
1162 Court Street NE
Salem, OR  97301
(503) 378-6313

        Attorneys for Defendants

1 - ORDER

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#62) on April 25, 2006, in which he recommended this Court deny Plaintiff's Motion for Preliminary Injunction (#52).  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).  This Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#62) and, accordingly, **DENIES** Plaintiff's Motion

2 - ORDER

for Preliminary Injunction (#52).

    IT IS SO ORDERED.

    DATED this 13th day of June, 2006.

                                            /s/ Anna J. Brown

                                        ANNA J. BROWN
                                        United States District Judge